# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 29, 2013
Decided August 2, 2013

**Before**

DIANE P. WOOD, *Circuit Judge*

No. 13-2682

| | |
|---|---|
| TIMOTHY ROBINSON,<br>    *Petitioner*,<br><br>    *v.*<br><br>UNITED STATES OF AMERICA,<br>    *Respondent*. | On Motion for an Order Authorizing the District Court to Entertain a Second or Successive Motion for Collateral Review. |

**O R D E R**

    Timothy Robinson has submitted papers to this court that were filed as an application pursuant to 28 U.S.C. § 2244(b)(3). The papers, however, challenge a decision by the District Court for the Western District of Wisconsin in case number 11-cv-459-bbc and request a certificate of appealability. Robinson appears to have intended an appeal from that action. We therefore **DISMISS** the application and instruct the Clerk of Court to forward the papers to the district court clerk for filing as a notice of appeal.